# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LISA NUNLEY** )<br>)<br>**Plaintiff** )<br>**v.** )<br>)<br>**RELIANCE STANDARD** )<br>**LIFE INSURANCE COMPANY** )<br>)<br>**Defendant.** ) | **CASE NO. 2:21-00768-AKK** |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Lisa Nunley, and gives notice to the Court that the parties have reached a settlement in this matter.

WHEREFORE, the Plaintiff respectfully requests that the Court enter a 30 day order while the parties complete the settlement documents.

Respectfully Submitted,

 */s/ Peter H. Burke*_____
Peter H. Burke (ASB-1992-K74P)

**OF COUNSEL**:

Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax:   205-930-9054
pburke@burkeharvey.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by the Court's CM/ECF system, this the 21st day of September, 2021:

Christopher L. Yeilding
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203

*/s/ Peter H. Burke*
OF COUNSEL