# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LISA NUNLEY** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | **CASE NO. 2:21-00768-AKK** |
| ) | |
| **RELIANCE STANDARD** ) | |
| **LIFE INSURANCE COMPANY** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Lisa Nunley and Defendant, Reliance Standard Insurance Company, by and through undersigned counsel, and hereby stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 22nd day of October, 2021.

| | |
|---|---|
| /s/Peter H. Burke | /s/Christopher L. Yeilding (with permission) |
| Peter H. Burke | Christopher L. Yeilding |
| BURKE HARVEY, LLC | BALCH & BINGHAM, LLP |
| 3535 Grandview Parkway, Suite 100 | 1901 Sixth Avenue North |
| Birmingham, AL 35243 | Suite 1500 |
| Telephone: (205) 747-1901 | Birmingham, AL 35203 |
| Facsimile: (205) 930-9054 | Telephone: (205) 226-8728 |
| PBurke@BurkeHarvey.com | Facsimile: (205) 488-5663 |
| | CYeilding@Balch.com |
| *Attorney for Plaintiff* | |
| | *Attorney for Defendant* |