# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LISA NUNLEY,** | ) |
| | ) |
| **Plaintiff,** | )  Civil Action Number |
| v. | )  **2:21-cv-00768-AKK** |
| | ) |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | |

## ORDER

Consistent with the Joint Stipulation of Dismissal, doc. 14, the order dismissing this case, doc. 13, is **REVISED** to reflect that this case is **DISMISSED WITH PREJUDICE**.

**DONE** the 21st day of October, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE